## FOWLER v. STATE.

(Decided November 30, 1916.   73 South. 1002.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. H. P. HEFLIN.

McQUEEN & ELLIS, for appellant. W. L. MARTIN, Attorney General, for the State.

Per Curiam.—The defendant having escaped from custody, his appeal is dismissed.